UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL DAVID JOHNSON,

         Plaintiff,

    v.

A. CUEVAS, et al.,

         Defendants.

Case No.  21-cv-05264-JSW

**ORDER OF DISMISSAL**

This case was dismissed with leave to amend on October 24, 2022.  Plaintiff was given 28 days in which to file an amended complaint.  He was cautioned that if he did not do so, the case would be dismissed.  More than 28 days have passed, and Plaintiff has not filed an amended complaint.  Consequently, this case is DISMISSED.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 9, 2022

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California